# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1885

_____

Margots Kapacs

*Plaintiff - Appellant*

v.

Anita Jurevica, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 7, 2017
Filed: February 9, 2017
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Margots Kapacs appeals after the district court[1] dismissed his pro se complaint alleging violations of 42 U.S.C. § 1983 and the Racketeer Influenced and Corrupt

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

Organizations Act. Upon careful review, we conclude the action was properly dismissed for the reasons stated in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47B.

_____